## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| David J. Klemann Sr. and Kathryn | : | CIVIL ACTION |
| Klemann, h/w | : | |
| Plaintiffs | : | NO. 2:14-cv-05024-CDJ |
| v. | : | |
| | : | |
| Covan World-Wide Moving, Inc., et al. | : | |
| Defendants | : | |

### DEFENDANTS' DEFENDANTS COVAN WORLD-WIDE MOVING, INCORPORATED, COLEMAN AMERICAN MOVING SERVICES, INC. EAGLE LEASING, INC. AND JONATHON BLAUROCK ("CONSENTING DEFENDANTS") CONSENT TO THE REMOVAL OF THIS ACTION AND JOINDER WITH JARO TRANSPORTATION'S NOTICE OF REMOVAL

Defendants Covan World-Wide Moving, Incorporated, Coleman American Moving Services, Inc. Eagle Leasing, Inc. and Jonathon Blaurock ("Consenting Defendants") consent to the removal of this action to the United States District Court of the Eastern District of Pennsylvania.

Consenting Defendants also join in with JARO Transportation's Notice of Removal and incorporates JARO Transportation's Notice of Removal as though set forth in full.

Coleman American Moving Services, Inc., was served by Certified Mail on or about August 4, 2014. A copy of Plaintiffs' Affidavit of Service is attached hereto as Exhibit "A." Eagle Leasing, Inc., Corvan World-Wide Moving Services, Inc., and Jonathon Blaurock were served by Certified Mail on or about August 5, 2014. Copies of Plaintiffs' Affidavits of Service are attached hereto as Exhibit "B"- "D," respectively.

The undersigned has been expressly authorized by defendants Covan World-Wide Moving, Incorporated, Coleman American Moving Services, Inc. Eagle Leasing, Inc. and Jonathon Blaurock to give this consent.

Further, Covan World-Wide Moving, Incorporated is a corporation organized and existing under the laws of the State of Missouri, with their principal place of business in Midland City, Alabama. In addition, Coleman American Moving Services, Inc. and Eagle Leasing, Inc are corporations organized and existing under the laws of the State of Alabama with their principal place of business in Midland City, Alabama. Mr. Blaurock is a resident and citizen of the State of Kansas.

**RAWLE & HENDERSON LLP**

BY:   /s/ Maureen E. Daley
            Maureen E. Daley
            Identification No. 75000
            Cheng I. To
            Identification No. 206183
            The Widener Building
            One South Penn Square
            Philadelphia, PA 19107
            (215) 575-4200

Date: September 5, 2014

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned hereby certifies that a true and correct copy of the foregoing Consent to Remove/Join in Notice of Removal was served pursuant to the Pennsylvania Rules of Civil Procedure as follows:

**Churchill H. Huston**
**The Maher Law Firm**
**1515 Market Street, Suite 810**
**Philadlephia, PA  19102**
*Attorney for Plaintiff*

**Jeffrey Elder**
**810 W. 5th Street**
**Ottawa, Kansas  66106**

**Jaro Transportation Services, Inc.**
**975 Post Road**
**Warren, OH 44483**

**Kathleen Hauman**
**49 Blue Ridge Drive**
**Stamford, CT  06903**

**Sean Phelan**
**Weber Gallagher Simpson Stapleton Fires & Newby LLP**
**2000 Market Street**
**Suite 1300**
**Philadelphia, PA 19103**

**RAWLE & HENDERSON LLP**

Dated:  September 5, 2014          BY:_____

Maureen E. Daley
The Widener Building
One South Penn Square
Philadelphia, PA 19107
Attorneys for Defendants,
Covan World-Wide Moving, Inc.,
Coleman American Moving
Services, Inc., Eagle Leasing, Inc.
and Jonathan A. Blaurock.

EXHIBIT "A"

David J. Klemann Sr. And Kathryn Klemann, h/w

        Plaintiff,

vs.

Covan World-Wide Moving, Incorporated;
Coleman American Moving Services, Inc.;
Eagle Leasing, Inc.; Jeffrey Elder; Jonathan
A. Blaurock; JARO Transportation Services,
Inc.; and Kathleen Hauman,

        Defendants          /

COURT OF COMMON PLEAS
PHILADELPHIA COUNTY, PA

JULY TERM, 2014

NO.  003975

*Filed and Attested by
PROTHONOTARY
08 AUG 2014 01:50 pm
K. EDWARDS*

### AFFIDAVIT OF SERVICE

COMMONWEALTH OF PENNSYLVANIA    :
                                  :     SS
COUNTY OF PHILADELPHIA           :

      CHURCHILL H. HUSTON, ESQUIRE, being duly sworn according to law deposes and says that on August 1, 2014, he did file a Civil Action Complaint in the above-entitled matter with the Court; and that on August 4, 2014 at 8:46 a.m., a true and correct copy of the Civil Action Complaint was served upon Coleman American Moving Services; a copy of the Return Receipt for Merchandise article number 70121640000054575502 and USPS  tracking confirmation are attached hereto and marked as Exhibit "A".

                              **THE MAHER LAW FIRM, P.A.**

BY: _____
                        Churchill H. Huston, Esquire
                        Attorney for Plaintiff(s)

Case ID: 140703975

SWORN TO AND SUBSCRIBED
BEFORE ME THIS 7th  DAY
OF August, 2014

NOTARY PUBLIC

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
ETHEL M. SEMBROT, Notary Public
City of Philadelphia, Phila. County
My Commission Expires March 28, 2017

Case ID: 140703975



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Coleman American Moving Services

1 Covan Drive
Midland City, Al 36350

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X B. Bailey — ☐ Agent   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

B. Bailey Jr.

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered   ☑ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)

7012 1640 0000 5457 5502

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

Case ID: 140703975

English          Customer Service          USPS Mobile                                              Register / Sign in



USPS.COM

# USPS Tracking™

Customer Service
Have questions? We're here to help.

70121640000054575502

Postal Product:                    Features:
                                   Certified Mail

August 4, 2014 , 8:46 am      Delivered              MIDLAND CITY, AL 36350

August 4, 2014 , 8:32 am      Arrived at Unit        MIDLAND CITY, AL 36350

What's your tracking (or receipt) number?

LEGAL                ON USPS.COM            ON ABOUT.USPS.COM         OTHER USPS SITES

USPS.COM

EXHIBIT "B"

David J. Klemann Sr. And Kathryn Klemann,    COURT OF COMMON PLEAS
h/w    PHILADELPHIA COUNTY, PA.

        Plaintiff,

vs.    JULY TERM, 2014

Covan World-Wide Moving, Incorporated;    NO. 003975
Coleman American Moving Services, Inc.;
Eagle Leasing, Inc.; Jeffrey Elder; Jonathan
A. Blaurock; JARO Transportation Services,
Inc.; and Kathleen Hauman,

        Defendants    /

*Filed and Attested by
PROTHONOTARY
11 AUG 2014 04:50 pm
A. OSTROWSKI*

## **AFFIDAVIT OF SERVICE**

COMMONWEALTH OF PENNSYLVANIA    :
    :    SS
COUNTY OF PHILADELPHIA    :

    CHURCHILL H. HUSTON, ESQUIRE, being duly sworn according to law deposes and says that on August 1, 2014, he did file a Civil Action Complaint in the above-entitled matter with the Court; and that on August 5, 2014, a true and correct copy of the Civil Action Complaint was served upon Eagle Leasing, Incorporated; a copy of the Return Receipt for Merchandise article number 70121640000054575519 is attached hereto and marked as Exhibit "A".

        THE MAHER LAW FIRM, P.A.

BY: _____
        Churchill H. Huston, Esquire
        Attorney for Plaintiff(s)

SWORN TO AND SUBSCRIBED
BEFORE ME THIS 11th DAY
OF August, 2014

_____
NOTARY PUBLIC
COMMONWEALTH OF PENNSYLVANIA

NOTARIAL SEAL
ETHEL M. SEMBROT, Notary Public
City of Philadelphia, Phila. County
My Commission Expires March 28, 2017



Case ID: 140703975

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Eagle Leasing, Inc.
P.O. Box 960
Conan Drive
Mildead Cuhsitt 36350

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _B. Carter_   ☐ Agent   ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery

B. Carter Ruh

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)

7012 1640 0000 5457 5519

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

Case ID: 140703975

EXHIBIT "C"

David J. Klemann Sr. And Kathryn Klemann,    COURT OF COMMON PLEAS
h/w    PHILADELPHIA COUNTY, PA.

       Plaintiff,

vs.    JULY TERM, 2014

Covan World-Wide Moving, Incorporated;    NO.  003975
Coleman American Moving Services, Inc.;
Eagle Leasing, Inc.; Jeffrey Elder; Jonathan
A. Blaurock; JARO Transportation Services,
Inc.; and Kathleen Hauman,

       Defendants    /

*Filed and Attested by
PROTHONOTARY
11 AUG 2014 03:21 pm
E. OSTROWSKI*

## AFFIDAVIT OF SERVICE

COMMONWEALTH OF PENNSYLVANIA    :
    :   SS
COUNTY OF PHILADELPHIA    :

    CHURCHILL H. HUSTON, ESQUIRE, being duly sworn according to law deposes and says

that on August 1, 2014, he did file a Civil Action Complaint in the above-entitled matter with the

Court; and that on August 5, 2014, a true and correct copy of the Civil Action Complaint was served

upon Covan World-Wide Moving, Incorporated; a copy of the Return Receipt for Merchandise

article number 70121640000054576257 is  attached hereto and marked as Exhibit "A".

        **THE MAHER LAW FIRM, P.A.**

    BY: _____
          Churchill H. Huston, Esquire
          Attorney for Plaintiff(s)

SWORN TO AND SUBSCRIBED
BEFORE ME THIS 8th DAY
OF August, 2014

_____
NOTARY PUBLIC
COMMONWEALTH OF PENNSYLVANIA

NOTARIAL SEAL
ETHEL M. SEMBROT, Notary Public
City of Philadelphia, Phila. County
My Commission Expires March 28, 2017





**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Conaxx World-Wide Moving
1 Conan Drive
Midland City, AL 36350

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____ ☐ Agent
                       ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

5 Scott Courly MIDLAND CITY AL 36350

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)     7012 1640 0000 5457 6257

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540

EXHIBIT "D"

David J. Klemann Sr. And Kathryn Klemann,
h/w

        Plaintiff,

vs.

Covan World-Wide Moving, Incorporated;
Coleman American Moving Services, Inc.;
Eagle Leasing, Inc.; Jeffrey Elder; Jonathan
A. Blaurock; JARO Transportation Services,
Inc.; and Kathleen Hauman,

           Defendants         /

COURT OF COMMON PLEAS
PHILADELPHIA COUNTY, PA

JULY TERM, 2014

NO.  003975

## AFFIDAVIT OF SERVICE

COMMONWEALTH OF PENNSYLVANIA    :
                                        :    SS
COUNTY OF PHILADELPHIA             :

        CHURCHILL H. HUSTON, ESQUIRE, being duly sworn according to law deposes and says

that on August 1, 2014, he did file a Civil Action Complaint in the above-entitled matter with the

Court; and that on August 5, 2014, a true and correct copy of the Civil Action Complaint was served

upon Jonathan a. Balurock; a copy of the Return Receipt for Merchandise article number

70121640000054575533 is attached hereto and marked as Exhibit "A".

                                  **THE MAHER LAW FIRM, P.A.**

                BY: _____
                         Churchill H. Huston, Esquire
                         Attorney for Plaintiff(s)

SWORN TO AND SUBSCRIBED
BEFORE ME THIS 8ᵗʰ  DAY
OF August, 2014

_____
NOTARY PUBLIC
COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
ETHEL M. SEMBROT, Notary Public
City of Philadelphia, Phila. County
My Commission Expires March 28, 2017



Case ID: 140703975

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mr. Jonathan A. Blaurock
5324 Osage Avenue
Kansas City, Kansas 66106

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Blaurock Torres_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

Annette Torres   8-5-14

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)

7012 1640 0000 5457 5533

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

Case ID: 140703975